Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email:   rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Real Time Resolutions, Inc.
and Scott Winkelman

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL J. FRIEDMAN, | Case No.  2:18-cv-03186 |
| Plaintiff, | |
| v. | |
| REAL TIME RESOLUTIONS, INC., a Corporation; SCOTT WINKELMAN, an individual; and DOES 1-50, INCLUSIVE, | |
| Defendants. | |

## **DECLARATION OF SCOTT WINKELMAN**

I, Scott Winkelman, state under oath the following:

1.    I am employed by Real Time Resolutions, Inc. ("Real Time") as a Senior Foreclosure Analyst in its Dallas office and have been employed by Real Time in that position since January 30, 2017.

2.    I am a resident of Texas and have been a resident of Texas since 1984.

3.    I own no property in California and conduct no personal business in California.

4.    Other than my actions as an employee of Real Time, I have no connection to California or to this dispute.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

– 1 –

Dated:  April 20, 2018

Scott Winkelman

On this, the 20 day of April, 2018, before me Cynthia Oman , a notary public, appeared Scott Winkelman, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the instrument.  I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

CYNTHIA OMAN
My Notary ID # 10714006
Expires December 10, 2020

Notary Public

My Commission Expires: 12-10-2020

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

—2—